# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

- ☐ MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation
- ☐ MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation
- ☐ MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
- ☑ MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation
- ☐ MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation
- ☐ MDL No. 2440 | In Re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation
- ☐ MDL No. 2511 | In Re Neomedic Pelvic Repair System Products Liability Litigation

**Civil Action Number (SDWV):** 2:12cv01151
(To be filed electronically in each member case noted. DO NOT FILE IN MAIN MDL CASE.)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One: ☐ Plaintiff Counsel  ☑ Defense Counsel  ☐ Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Ismail | Tarek | | |

| Bar Number and State: | E-Mail Address: |
|---|---|
| 6225226  Illinois | tismail@goldmanismail.com |

**Party Representing:** Ethicon, Inc.

| Originating Case Number: | Originating District: |
|---|---|

**Originating Short-Case Style:**

| Direct Dial Number: 312-881-5970 | Cell Phone Number: 312-560-0378 |
|---|---|
| Secretary Name: | Paralegal Name: Susan Smid |

## LAW FIRM INFORMATION

**Firm Name:** Goldman Ismail Tomaselli Brennan & Baum

**Address:** 564 W. Randolph St., Suite 400

| City: Chicago | State: IL | Zip: 60661 |
|---|---|---|

| Firm Phone Number: 312-681-6000 | Firm Fax Number: 312-881-5191 |
|---|---|

**Other members of firm involved in this litigation:**

| 08/20/15 | s/ Tarek Ismail |
|---|---|
| Date | Electronic Signature |

Rev. 02/14