# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

### NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM

**Select all that apply:**

- [ ] MDL No. 2187 | In Re C. R. Bard, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2325 | In Re American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2326 | In Re Boston Scientific Corp. Pelvic Repair System Products Liability Litigation
- [x] MDL No. 2327 | In Re Ethicon, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2387 | In Re Coloplast Corp. Pelvic Support Systems Products Liability Litigation
- [ ] MDL No. 2440 | In Re Cook Medical, Inc., Pelvic Repair System Products Liability Litigation
- [ ] MDL No. 2511 | In Re Neomedic Pelvic Repair System Products Liability Litigation

**Civil Action Number (SDWV):** 2:12cv01151
(To be filed electronically in each member case noted. DO NOT FILE IN MAIN MDL CASE.)

Please Print or Type Below

## ATTORNEY INFORMATION

Check One: [ ] Plaintiff Counsel   [x] Defense Counsel   [ ] Third Party Defense Counsel

| Last Name | First Name | Middle Name/Maiden | Suffix |
|---|---|---|---|
| Cook | Shayna | S. | |

**Bar Number and State:** 6285959 Illinois

**E-Mail Address:** scook@goldmanismail.com

**Party Representing:** Ethicon, Inc.

**Originating Case Number:**

**Originating District:**

**Originating Short-Case Style:**

**Direct Dial Number:** 312-881-5947

**Cell Phone Number:** 312-259-6611

**Secretary Name:**

**Paralegal Name:** Susan Smid

## LAW FIRM INFORMATION

**Firm Name:** Goldman Ismail Tomaselli Brennan & Baum

**Address:** 564 W. Randolph Street. Suite 400

**City:** Chicago  **State:** IL  **Zip:** 60661

**Firm Phone Number:** 312-681-6000

**Firm Fax Number:** 312-881-5191

**Other members of firm involved in this litigation:** Tarek Ismail

08/26/2015
Date

s/ Shayna S. Cook
Electronic Signature

Rev. 02/14