**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION**

| | |
|---|---|
| **IN RE: ETHICON, INC. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION** _____ **THIS DOCUMENT RELATES TO:** *Laura Waynick, et al. v. Ethicon, Inc., et al.* **Case No. 2:12-cv-01151** | Master File No. 2:12-MD-02327 MDL No. 2327 JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

**CERTIFICATE OF SERVICE FOR DISCOVERY MATERIALS**

This is to certify that on January 4, 2016, Defendants Ethicon, Inc., Ethicon, LLC, and Johnson & Johnson's Second Set of Requests for Production of Documents and Tangible Things to Plaintiffs Laura Waynick and David Waynick was served on the following counsel of record by electronic mail:

**Donald A. Migliori**
**Fidelma L. Fitzpatrick**
**Fred Thompson, III**
**Jonathan D. Orent**
**Michael G. Rousseau**
MOTLEY RICE
dmigliori@motleyrice.com
ffitzpatrick@motleyrice.com
fthompson@motleyrice.com
jorent@motleyrice.com
mrousseau@motleyrice.com

**Harry F. Bell , Jr.**
THE BELL LAW FIRM
hfbell@belllaw.com

/s/Tarek Ismail_____
Tarek Ismail
Andrew L. Goldman
Joe W. Tomaselli
Shayna S. Cook
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
564 West Randolph Street, Suite 400
Chicago, IL 60661
Telephone: (312) 681-6000
Facsimile: (312) 881-5191

1

E-mail: tismail@goldmanismail.com
E-mail: agoldman@goldmanismail.com
E-mail: jtomaselli@goldmanismail.com
E-mail: scook@goldmanismail.com

COUNSEL FOR DEFENDANTS
ETHICON, INC., ETHICON, LLC, AND
JOHNSON & JOHNSON